AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TERRY L. LYMON,

        Plaintiff,

v.   Civil Action No. 1:20-cv-00169

UAW LOCAL UNION #2209,

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

☒ Other: Judgment ENTERED in favor of Defendant, UAW Local Union #2209 and against Plaintiff, Terry L Lymon.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Holly A. Brady on a Motion to Dismiss by Defendant.

DATE: September 25, 2020         ROBERT N. TRGOVICH, CLERK OF COURT

        By: s/ L. Higgins-Conrad
           *Signature of Deputy Clerk*