IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

FORT WAYNE DIVISION

-FILED-

MAR 1 0 2023

At_____M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

TERRY LYMON

    Plaintiff,

v.

UAW LOCAL UNION 2209

    Defendant,

Case No. 1:20-cv-00169 HAB SLC

### APPEARANCE PRO SE

COMES NOW, Plaintiff, Terry Lymon hereby entering a Pro Se appearance in the case, Terry Lymon v. UAW Local Union 2209 Case No. 1:20-cv-00169 HAB SLC.

/s/ Terry Lymon
2418 Palisade Dr.
Fort Wayne, In. 46806

**I HEREBY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

/s/ Terry Lymon

**CERTIFICATE OF SERVICE**

I certify that on this 10th day of March, 2023, the foregoing was filed with the United States District Court Northern District of Indiana Fort Wayne Division. I also certify that the foregoing was filed upon the following person by United States postage mail.

/s/ Terry Lymon

Robert Hicks
Macey Swanson Hicks Sauer
429 N. Pennsylvania St. Suite 204
Indianapolis, In. 46204.