# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TERRY L LYMON

        Plaintiff

  v.

        Civil Action No. 1:20-cv-169

UAW LOCAL UNION #2209

GENERAL MOTORS LLC
*TERMINATED: 04/06/2022*

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____ recover from the defendant _____ the amount of_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

_X_ Other: JUDGMENT IS ENTERED in favor of the Defendant UAW Local Union #2209 and against Plaintiff Terry L Lymon.
This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Chief Judge Holly A. Brady on Defendants' Motions for Summary Judgment.

DATE: 3/20/2024                    CHANDA J. BERTA, CLERK OF COURT

                                             by   s/ S. Jarrell_____
                                             *Signature of Clerk or Deputy Clerk*